IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CLINTON WHITE,

    Defendant.

## NOTICE OF RELATED CASE

The United States of America, by and through the undersigned Assistant United States Attorney, files its Notice of Related Case pursuant to Rule 50.1(c)(3) of the Local Rules of Practice. As grounds therefor:

1.    The defendant's new case is related to Case Number 18-cr-00138-RM, which is assigned to the Honorable Judge Raymond P. Moore. The defendant is currently on supervised release in that case.

2.    An indictment against the defendant is presently pending in this District. This is a new case charging a felony offense and involving only one defendant.

3.    Wherefore, the government respectfully requests that this case be assigned to Judge Moore, as a "related" case under Local Rules of Practice.

Dated this 23rd day of January, 2020.

                               Respectfully submitted,

                               JASON R. DUNN
                               United States Attorney

By:   *s/Emily Treaster*
       EMILY TREASTER
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California St., Ste. 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0406
       E-mail:  Emily.Treaster@usdoj.gov
       *Attorney for the Government*